No. 13,239.

ZIMMERMAN *v.* COMBS ET AL.

(19 P. [2d] 1114)

Decided February 6, 1933. Rehearing denied February 27, 1933

Judgment affirmed en banc on application for supersedeas without written opinion.

---

Mr. JOSEPH K. BOZARD, for plaintiff in error.

Messrs. GOODING & MONSON, for defendants in error.